IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CHARLES BRAWLEY, CAROLYN BROWN AND WEST OREM BAPTIST CHURCH, §§§§ | |
| V. § | Civil Action NO. H-10-4558 |
| AMERICAN STATES INSURANCE COMPANY, AMERICAN STATES INSURANCE COMPANY OF TEXAS, AND FIRST NATIONAL INSURANCE COMPANY OF AMERICA §§§§§ | |

## RULE 41(a) STIPULATION OF VOLUNTARY DISMISSAL

NOW INTO COURT, through undersigned counsel of record, come Plaintiffs, Charles Brawley, Carolyn Brown and West Orem Baptist Church and Defendants, American States Insurance Company, American States Insurance Company of Texas and First National Insurance Company of America, who each and all do hereby stipulate and agree that all matters in dispute with Defendants, American States Insurance Company, American States Insurance Company of Texas and First National Insurance Company of America have been resolved and that Plaintiffs, Charles Brawley, Carolyn Brown and West Orem Baptist Church move to dismiss all claims asserted in this action against American States Insurance Company, American States Insurance Company of Texas and First National Insurance Company of America.

The said parties pray that this Court issue an Order dismissing all claims against American States Insurance Company, American States Insurance Company of Texas and

First National Insurance Company of America, with prejudice, and with each party to bear its own costs and expenses.

APPROVED:

Jason B. Speights
State Bar No. 24002982
Todd Worrich
State Bar No. 24037740
SPEIGHTS LAW FIRM LLP
825 W. Bitters Rd., Suite 104
San Antonio, Texas 78216
Telephone: (210) 495-6789
Facsimile: 210-495-6790
*Counsel for Plaintiffs*

WITH PERMISSION:
MICHAEL B. HODGMEN

David R. Stephens
State Bar No. 19146100
Southern District Bar No. 21360
LINDOW STEPHENS TREAT LLP
600 Navarro Street, Sixth Floor
San Antonio, Texas 78205
Telephone: (210) 227-2200
Facsimile: (210) 227-4602
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Rule 41(a) Stipulation of Voluntary Dismissal was filed electronically with the United States District Court for the Southern District of Texas, McAllen Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court via *ECF* on this 2nd day of March, **2012**, addressed to those who do not receive notice from the Clerk of the Court.

Jason B. Speights
State Bar No. 24002982
Todd Worrich
*State Bar No. 24037740*
SPEIGHTS LAW FIRM LLP
825 W. Bitters Rd., Suite 104
San Antonio, Texas 78216

_____   WITH PERMISSION:
David R. Stephens                    MICHAEL D. HIDDEMEN